# United States Court of Appeals
## For the First Circuit

No. 04-2635

AMERICAN EMPLOYERS' INSURANCE COMPANY,

Plaintiff, Appellant,

v.

SWISS REINSURANCE AMERICA CORPORATION,

Defendant, Appellee.

ERRATA

The opinion issued June 27, 2005, should be amended as follows:

On page 13, second full paragraph, line 3, replace "Re's" with "Re."